UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-22966-CIV-KING/GARBER

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$99,480 IN U.S. CURRENCY,

    Defendant.
_____/

## ORDER EXCLUDING CLAIMANT'S EXPERT WITNESS

THIS CAUSE came before this Court on Plaintiff's Motion to Exclude Claimant's Expert Witness Gregory D. Lee.

Upon due consideration and a review of the record, it is hereby

ORDERED that plaintiff's Motion is GRANTED and the testimony of Gregory D. Lee is precluded from testifying on the grounds that Claimant failed to provide the requisite expert disclosures pursuant to Fed. R. Civ. P. 26 and S.D.Fla. L.R.16.1K.

DONE AND ORDERED in Chambers at Miami, Florida this 22nd day of March 2007.

_____
BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE